# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133723

RONALD CRANICK,
       Plaintiff-Appellee,

v

TRANSPORTATION DESIGN &
MANUFACTURING, INC., and RELIANCE
INSURANCE COMPANY (INSOLVENT)/
MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
       Defendants-Appellants,
and

MARTIN TRANSPORT COMPANY and
LEGION INSURANCE COMPANY
(INSOLVENT)/MICHIGAN PROPERTY &
CASUALTY GUARANTY ASSOCIATION,
TRANSFORCE, INC., and LIBERTY MUTUAL
INSURANCE COMPANY,
       Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133723
COA: 272296
WCAC: 04-000080

On order of the Court, the application for leave to appeal the March 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

t0618